UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
FLORIDA Case No.: 1:21-cv-21950-
MGC

LUIS YASSET RUBIO ABELLA

Plaintiff

, v.

MARKSMAN SECURITY CORP.

    Defendant.
_____/

**<u>JOINT STIPULATION OF DISMISSAL</u>**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    **COMES NOW**, Luis Yasset Rubio Abella (hereinafter "Plaintiff"), and Marksman Security Corp., by and through their respective undersigned attorneys and file this Joint Stipulation of Dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This case is hereby dismissed by this Stipulation, with prejudice, with neither party agreeing to pay the other any compensation, relief, attorneys' fees, or costs.

Dated: 12/13/2021

| | |
|---|---|
| <u>*/s/E. Colin Thompson*</u> | <u>*/s/Arthur Mandel*</u> |
| E. Colin Thompson | Arthur Mandel |
| Florida Bar No. 0684929 | Florida Bar No. 22753 |
| E-mail: colint@blhtlaw.com | E-mail: arthur.mandel@coane.com |
| Sean McCleary | Stephen Rollins |
| Florida Bar No. 117832 | *ADMITTED PRO HAC VICE* |
| E-mail: seanm@blhtlaw.com | Email: stephen.rollins@coane.com |
| Bartlett, Loeb, Hinds & Thompson, P.A. | Coane and Associates, PLLC |
| 100 North Tampa Street | 1250 E. Hallandale Beach Blvd. |
| Suite 2050 | Suite 303 |
| Tampa, FL 33602 | Hallandale Beach, FL 33009 |
| Telephone: (813) 223-3888 | Telephone: (305) 538- |

6800 Eddy Leal

2

Florida Bar No. 96030
E-mail: el@leallegal.com; eservice@leallegal.com
EDDY LEAL, P.A.
777 Brickell Avenue
Suite 500
Miami, FL 33131
Telephone: (305) 914-0071

3